UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MEGAN BIRD, individually and as Guardian for minor children C.B. and K.B, <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN TRANSPORT, LLC and JOSHUA D. WILLIAMS, <br><br> Defendants. | Civ. No. 5:22-CV-5060 <br><br> **COMPLAINT** |

Comes now the Plaintiff, individually and as Guardian for minor children C.B. and K.B., by and through undersigned counsel, and for her complaint, states and alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

1.

Plaintiff Megan Bird is domiciled in and is a citizen of the State of South Dakota residing at 12416 Renata Drive, Black Hawk, SD 57718.

2.

C.B. and K.B. are the minor children of Megan and Brandon Bird, and they are citizens of the State of South Dakota residing with their mother and father in South Dakota.

3.

Defendant Joshua Williams ("Williams")resides in Sheridan, WY and is a Wyoming resident. At all times relevant hereto, Williams was driving a semi-

truck and trailer leased to and owned by Western Transport, LLC, of Sheridan, WY.

4.

Defendant Western Transport, LLC ("Western Transport") is a trucking firm in the business of hauling goods and freight in interstate commerce. Western Transport has its principal place of business in Sheridan, WY, and is a Wyoming corporation. The driver, Williams, was in the course and scope of his employment with Western Transport at all times material to this truck/motor vehicle collision.

5.

This Honorable court has jurisdiction pursuant to 28 U.S.C. sec. 1332(a) in that: (a) the amount in controversy exceeds $75,000 excluding interest and costs; and (b) the parties are completely diverse; the parties are citizens of different states and no plaintiff is a citizen of the same state as any defendant. Specifically, plaintiffs are citizens of the state of South Dakota, and defendants are citizens of the state of Wyoming.

6.

Venue is proper in this court pursuant to 28 U.S.C. sec. 1391 in that the events giving rise to the claims herein occurred in the western judicial district. The incident which is the subject matter of this complaint occurred on Interstate 90 in Meade County, South Dakota.

## NATURE OF THE ACCIDENT

7.

This is a personal injury action on behalf of plaintiffs against Western Transport and its driver Williams for negligently causing injury to the plaintiffs.

8.

As set forth fully below, defendants' negligent actions caused injury to the plaintiffs.

9.

The defendants failed to follow South Dakota state statutes, reasonable safety practices, safety procedures, and safety standards, and those failures resulted in injury to the plaintiffs.

## FACTS

10.

On October 25, 2019, at approximately 7:00 a.m., defendant Williams fell asleep while driving a Kenworth truck westbound in I-90 in Meade County, South Dakota. The truck was leased or owned by Western Transport and used for business purposes of Western Transport. When Williams fell asleep driving, the Kenworth he left I-90 and struck a vehicle being driven by Megan Bird and occupied by C.B. and K.B.

11.

When the Kenworth truck that Williams was driving collided with Ms. Bird's vehicle, all of the plaintiffs' sustained serious injuries including permanent injuries to Megan Bird and C.B.

## COUNT I - NEGLIGENCE

12.

Plaintiffs incorporates by reference each and every paragraph set forth herein.

13.

Western Transport owns, operates, controls and maintains a fleet of trucks.

14.

Western Transport and its employees are responsible for the control, operation, regulation, safety and maintenance of its trucks.

15.

Western Transport and its employees have a duty to use reasonable care in the control and operation of its trucks.

16.

Western Transport has a duty to monitor and supervise its drivers to ensure that its drivers are not driving fatigued and endangering the public.

17.

Western Transportation allowed a fatigued and unfit employee to drive a Western Transportation truck on a busy interstate highway thus endangering the public.

18.

On October 25, 2019, Western Transport and Williams failed to control its truck and negligently operated such truck in an improper manner,

including but not limited to: (a) falling asleep while operating the truck on I-90; (b) failing to keep the truck under control; (c) leaving the highway without having his vehicle under control; (d) striking plaintiff's vehicle whose driver was in her proper lane of travel; (e) failing to be properly rested to safely drive a large truck; and (f) failure to follow safe driving practices to protect the public from harm.

## DAMAGES

19.

The negligence of defendants Western Transport and Williams caused a violent collision between defendant's truck and plaintiff's vehicle, damaging the plaintiffs as follows:

(a) severe and permanent injuries;

(b) various temporary injuries;

(c) inflicting both physical and emotional damage to plaintiffs;

(d) damage to the property of the plaintiffs;

(e) medical expenses; and

(f) aggravation of a pre-existing condition to plaintiff Megan Bird.

WHEREFORE, plaintiff prays for judgment against defendants jointly and severally for all damages incurred to plaintiffs as a result of defendants' negligence, and other relief as justice requires or as this Honorable court deems fit to provide under the principles of law and equity, plus costs and pre-judgment interest.

## COUNT II - PUNITIVE DAMAGES

20.

Plaintiffs incorporate by reference each and every paragraph set forth herein.

21.

The Interstate 90 highway between Rapid City, SD and Sturgis, SD, is heavily traveled with numerous highway entrances for the driving public.

22.

Defendant Western Transport, LLC, and its employee Joshua D. Williams knew or should have known that Williams was fatigued to a degree that he could not safely operate a semi on I-90 without the danger of falling asleep. Driver Williams and his employer Western Transport, LLC, chose to continue to drive in said sleep-prone condition.

23.

The conduct of the defendants individually and collectively was a conscious indifference to, or reckless disregard of the health and safety of the driving public nearby on I-90.  Defendants knew that the collision between the defendant's truck and the motoring public had a great probability of causing substantial harm to the motoring public.  Defendant Williams made a conscious decision to forego sleep and spend more time on I-90 driving the Western Transport truck.

24.

Defendant Western Transport, LLC, made a conscious decision not to

properly monitor Williams and his level of fatigue while driving a Western Transport truck on a public highway.

The conduct of the defendants individually and jointly caused foreseeable injuries to the plaintiffs.

WHEREFORE, plaintiffs pray for a judgment of punitive damages against defendants.

**TRIAL BY JURY IS HEREBY DEMANDED**

Dated this 7th day of July, 2022.

JOHNSON EIESLAND & ROHL
TRIAL LAWYERS

By: /s/ Robert J. Rohl
Robert J. Rohl
4020 Jackson Blvd., Suite 1
Rapid City, SD  57702
(605) 348-7300
(605) 348-4757 (fax)
*Attorneys for Plaintiffs*

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Megan Bird, individually and as Guardian for minor children C.B. and K.B.

**DEFENDANTS**
Western Transport, LLC and Joshua D. Williams

**(b)** County of Residence of First Listed Plaintiff: **Meade County, SD**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Sheridan County, WY**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gregory A. Eiesland, Robert J. Rohl
Johnson Eiesland & Rohl
4020 Jackson Blvd., Suite 1
Rapid City, SD 57702  605-348-7300

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | [X] 350 Motor Vehicle / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 863 DIWC/DIWW (405(g)) | |
| | | 790 Other Labor Litigation | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | / 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | 448 Education / 550 Civil Rights | | | |
| | / 555 Prison Condition | | | |
| | / 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. sec. 1332

Brief description of cause:
Personal injury motor vehicle collision

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** >$75,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: July 8, 2022
SIGNATURE OF ATTORNEY OF RECORD: *Gregory A. Eiesland*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____